### JAQUITH v. BENOIT.

Whether a declaration in debt may be amended by filing a count in case
is a question determinable at the trial term.

In an action to recover double damages for the bite of a dog, only the ac-
tual damages are to be assessed by the jury.

DEBT, to recover double damages for the bite of a dog. Sub-
ject to the defendant's exception, the court allowed the plaintiff
to amend by changing the form of action to case, and held that
the defendant was not entitled, as a matter of right, to have the,
jury double the damages.

*Wason & Jackson*, for the plaintiff.

*Henry B. Atherton*, for the defendant.

YOUNG, J. The question of allowing the amendment was for
the trial term. The defendant had no right to demand that the
merely ministerial act of doubling the damages should be per-
formed by the jury; for it is the province of the jury to find facts,
and the only question of fact in this part of the case was the plain-
tiff's actual damages.

*Exceptions overruled.*

PEASLEE, J., did not sit: the others concurred.